Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−16227−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Curcio
12 Roberts Drive
Neptune, NJ 07753

Debra A. Curcio
aka Debbie Curcio
12 Roberts Drive
Neptune, NJ 07753

Social Security No.:
xxx−xx−1413

xxx−xx−5612

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             10/6/21
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 8, 2021
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 21-16227-CMG

Michael A. Curcio    Chapter 13

Debra A. Curcio

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3

Date Rcvd: Sep 08, 2021    Form ID: 132    Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Curcio, Debra A. Curcio, 12 Roberts Drive, Neptune, NJ 07753-3224 |
| 519280395 | + | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519277799 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519299065 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519277800 | | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519277801 | + | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 519284266 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519277811 | | DSNB, Macy's, PO Box 8218, Monroe, OH 45050 |
| 519277813 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 519277812 | + | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519277817 | | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 519293145 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519277824 | + | TD Bank, USA, Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519277826 | | Wells Fargo, PO Box 14525, Des Moines, IA 50306-3525 |
| 519289242 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519277798 | | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2021 20:20:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519277802 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 20:36:04 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519277803 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 20:35:58 | Capital One Bank USA, NA, WalMart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519277804 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, Ann Taylor, PO Box 182273, Columbus, OH 43218-2273 |
| 519277805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519277807 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 519277808 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, Pier1, PO Box 659617, San Antonio, |

TX 78265-9617

| 519277809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, Victoria's Secret, PO Box 182769, Columbus, OH 43218-2769 |
| 519277806 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 20:20:00 | Comenity, New York & Co., PO Box 659728, San Antonio, TX 78265-9728 |
| 519277810 | + | Email/PDF: DellBKNotifications@resurgent.com | Sep 08 2021 20:35:59 | DFS, Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519277814 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 20:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519277815 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2021 20:20:00 | Kohls, Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519277816 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Sep 08 2021 20:36:09 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519277818 | + | Email/PDF: cbp@onemainfinancial.com | Sep 08 2021 20:36:10 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519282260 | + | Email/PDF: cbp@onemainfinancial.com | Sep 08 2021 20:36:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519277819 | + | Email/Text: bankruptcy@prosper.com | Sep 08 2021 20:20:00 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519277821 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:35:57 | Synchrony Bank, Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 519277822 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:35:58 | Synchrony Bank, Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 519277820 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:35:57 | Synchrony Bank, Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 519279489 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:36:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519277823 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 20:36:04 | Synchrony Bank, Pay Pal Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519277825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 20:36:13 | The Home Depot, Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                    Signature:          /s/Joseph Speetjens

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 08, 2021 | Form ID: 132 | Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Debra A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Debtor Michael A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Michael A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Debra A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7