B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEW JERSEY

In re   MICHAEL A CURCIO                                      Case No.   21-16227

DEBRA A CURCIO

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                        Prosper Marketplace Inc.
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): __31__
should be sent:                                         Amount of Claim: _____$12,660.54_____
    LVNV Funding LLC                  Date Claim Filed: _____10/08/2021_____
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Phone: (877) 264-5884                                   Phone: _____
Last Four Digits of Acct #: ___0593___                  Last Four Digits of Acct. #: __8112__

Name and Address where transferee payments
should be sent (if different from above):

Phone: ___/s/ Susan Gaines_____                              12/16/2021
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.