| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-16227 / CMG**

Michael A. Curcio

Debra A. Curcio

Petition Filed Date: 08/03/2021

341 Hearing Date: 09/02/2021

Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2021 | $450.00 | 79307690 | 10/04/2021 | $500.00 | 79929890 | 11/08/2021 | $500.00 | 80710810 |
| 11/29/2021 | $500.00 | 81100060 | 12/30/2021 | $500.00 | 81769230 | | | |

**Total Receipts for the Period:  $2,450.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Michael A. Curcio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman | Attorney Fees | $4,065.00 | $0.00 | $4,065.00 |
| | | No Disbursements: No Check | | | |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $17,328.15 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE <br>»»  2019-2020 | Priority Crediors | $6,073.84 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $23.00 | $0.00 | $0.00 |
| 4 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $2,389.48 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,483.96 | $0.00 | $0.00 |
| 6 | FIRST NATIONAL BANK OF OMAHA | Unsecured Creditors | $801.11 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.52 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,397.05 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $480.15 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $852.28 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,534.65 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,179.03 | $0.00 | $0.00 |
| 13 | ALLY BANK LEASE TRUST <br>»»  2020 JEEP GRAND/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK <br>»»  P/12 ROBERTS DR/1ST MTG/ORDER 11/23/21 | Mortgage Arrears | $2,328.85 | $0.00 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $112.42 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC <br>»»  PAYPAL CREDIT | Unsecured Creditors | $574.74 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR <br>»»  OVERSTOCK.COM | Unsecured Creditors | $4,254.78 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR <br>»»  BOSCOVS | Unsecured Creditors | $1,543.64 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16227 / CMG**

| 19 | QUANTUM3 GROUP LLC AS AGENT »» VICTORIAS SECRET | Unsecured Creditors | $1,146.31 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» OVERSTOCK.COM | Unsecured Creditors | $3,381.55 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT »» PIER 1 IMPORTS | Unsecured Creditors | $941.68 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC AS AGENT »» ANN TAYLOR | Unsecured Creditors | $853.23 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP LLC AS AGENT »» NEW YORK & CO | Unsecured Creditors | $1,054.28 | $0.00 | $0.00 |
| 24 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $1,000.99 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $508.73 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC »» WEBBANK | Unsecured Creditors | $483.15 | $0.00 | $0.00 |
| 27 | NORDSTROM FSB »» TD BANK | Unsecured Creditors | $3,068.03 | $0.00 | $0.00 |
| 28 | KOHL'S | Unsecured Creditors | $708.31 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» PAYPAL | Unsecured Creditors | $298.18 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» AMAZON | Unsecured Creditors | $370.00 | $0.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» DRESS BARN | Unsecured Creditors | $1,412.98 | $0.00 | $0.00 |
| 32 | LVNV FUNDING LLC »» WEBBANK/PROSPER | Unsecured Creditors | $12,660.54 | $0.00 | $0.00 |
| 33 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $719.94 | $0.00 | $0.00 |
| 34 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $868.98 | $0.00 | $0.00 |
| 35 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $731.92 | $0.00 | $0.00 |
| 36 | TD BANK USA NA | Unsecured Creditors | $1,221.03 | $0.00 | $0.00 |
| 37 | TD BANK USA NA | Unsecured Creditors | $1,275.52 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,450.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $422.00 |
| Paid to Trustee: | $207.15 | Arrearages: | $82.00 |
| Funds on Hand: | $2,242.85 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

