Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16227−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Curcio
12 Roberts Drive
Neptune, NJ 07753

Debra A. Curcio
aka Debbie Curcio
12 Roberts Drive
Neptune, NJ 07753

Social Security No.:
xxx−xx−1413

xxx−xx−5612

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 8, 2022.

Dated: April 8, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 21-16227-CMG

Michael A. Curcio                                                                         Chapter 13

Debra A. Curcio

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Apr 08, 2022 | Form ID: plncf13 | Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Curcio, Debra A. Curcio, 12 Roberts Drive, Neptune, NJ 07753-3224 |
| 519277800 | | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519277801 | + | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 519312363 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519284266 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519277813 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 519293145 | + | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197-0002 |
| 519277817 | | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 519324091 | + | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 519277819 | + | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519277824 | + | TD Bank, USA, Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519277826 | | Wells Fargo, PO Box 14525, Des Moines, IA 50306-3525 |
| 519289242 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519280395 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 20:39:43 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519317366 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2022 20:50:33 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519277798 | | Email/Text: ally@ebn.phinsolutions.com | Apr 08 2022 20:34:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519277799 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 20:40:04 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519299065 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 20:39:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519312363 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 08 2022 20:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519277801 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 08 2022 20:34:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |

Case 21-16227-CMG    Doc 39    Filed 04/10/22    Entered 04/11/22 00:16:55    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: plncf13 | Total Noticed: 60 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519306776 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 20:40:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519277802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 20:39:16 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519277803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 20:39:40 | Capital One Bank USA, NA, WalMart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519306777 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 20:39:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519323083 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 20:40:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519277804 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, Ann Taylor, PO Box 182273, Columbus, OH 43218-2273 |
| 519277805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519277807 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 519277808 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, Pier1, PO Box 659617, San Antonio, TX 78265-9617 |
| 519277809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, Victoria's Secret, PO Box 182769, Columbus, OH 43218-2769 |
| 519277806 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2022 20:35:00 | Comenity, New York & Co., PO Box 659728, San Antonio, TX 78265-9728 |
| 519277810 | + | Email/PDF: DellBKNotifications@resurgent.com | Apr 08 2022 20:39:51 | DFS, Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519277811 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 20:50:23 | DSNB, Macy's, PO Box 8218, Monroe, OH 45050 |
| 519277812 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 08 2022 20:39:22 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519277814 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2022 20:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519322576 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2022 20:35:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519324613 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 20:35:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519277815 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 20:35:00 | Kohls, Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519463852 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:52 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519463853 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:30 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519318010 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 08 2022 20:39:16 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519277816 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 08 2022 20:39:16 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519277818 | + | Email/PDF: cbp@onemainfinancial.com | Apr 08 2022 20:39:21 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519282260 | + | Email/PDF: cbp@onemainfinancial.com | Apr 08 2022 20:40:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| 519326303 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 20:39:24 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519326304 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 20:39:24 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 519326137 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 20:39:46 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519327124 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2022 20:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519327125 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2022 20:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519326508 | + Email/Text: bncmail@w-legal.com | Apr 08 2022 20:35:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519322692 | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519322691 | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2022 20:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519277821 | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 20:39:19 | Synchrony Bank, Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 519277822 | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 20:39:18 | Synchrony Bank, Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 519277820 | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 20:39:44 | Synchrony Bank, Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 519279489 | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 20:39:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519277823 | + Email/PDF: gecsedi@recoverycorp.com | Apr 08 2022 20:39:44 | Synchrony Bank, Pay Pal Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519327950 | + Email/Text: bncmail@w-legal.com | Apr 08 2022 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519277824 | + Email/Text: bncmail@w-legal.com | Apr 08 2022 20:35:00 | TD Bank, USA, Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519277825 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2022 20:50:23 | The Home Depot, Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519321773 | + Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 20:39:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Debra A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Debtor Michael A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Michael A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Debra A. Curcio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7