B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                                    Case No.  2116227
MICHAEL A CURCIO

DEBRA A CURCIO

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                          OneMain Financial
-------------------------------------------                 -------------------------------------------
Name of Transferee                                          Name of Transferor


Name and Address where notices to transferee               Court Claim # (if known): 1
should be sent:                                             Amount of Claim: $17,328.15
Portfolio Recovery Associates, LLC                          Date Claim Filed: 08/09/2021
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                        Phone:
Last Four Digits of Acct #:  7129                           Last Four Digits of Acct #: 7129

Name and Address where transferee payments                 Seller Information
should be sent (if different from above)                    ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                          601 NW SECOND STREET
POB 12914                                                   EVANSVILLE IN 47708
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct #: 7129


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ MaKayla Reaves                                      Date: 2/22/2023
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

### ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, OneMain, located at 601 NW 2nd St, Evansville, Indiana hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of OneMain's rights, title, and interest in and to the Accounts owned by OneMain and identified on the Sale File delivered by OneMain to Buyer in electronic file form in conjunction herewith and titled PRA_BKBULK_SALE_19JAN23 .

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 26th day of January, 2023.

# ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS:   ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a          Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

By: _____

Name: Joseph M. Orlando

Title:  Vice President, Managing Director


ONEMAIN FINANCIAL (HI), INC. a Hawaii
corporation

By: _____

Name: Joseph M. Orlando

Title:  Vice President, Managing Director


ONEMAIN FINANCIAL, INC., (WV), a West
Virginia corporation

By: _____

Name: Joseph M. Orlando

Title:  Vice President, Managing Director


ONEMAIN FINANCIAL OF MINNESOTA,
INC., a Minnesota corporation

By: _____

Name:  Joseph M. Orlando

Title:  Vice President, Managing Director


BUYER:  PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

DocuSigned by:

By: _____
AAF11A82A80B49F...

Name:  Tony Spencer

Title    Authorized Signer