Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 21-16227 / CMG**

Michael A. Curcio  
Debra A. Curcio

Petition Filed Date: 08/03/2021  
341 Hearing Date: 09/02/2021  
Confirmation Date: 04/06/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | $500.00 | | 02/13/2023 | $500.00 | | 03/13/2023 | $500.00 | |
| 05/05/2023 | $500.00 | | 06/06/2023 | $500.00 | | 06/27/2023 | $500.00 | |
| 07/31/2023 | $500.00 | | 09/07/2023 | $500.00 | | 10/03/2023 | $500.00 | |
| 10/30/2023 | $500.00 | | 12/04/2023 | $500.00 | | 01/03/2024 | $500.00 | |

**Total Receipts for the Period: $6,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael A. Curcio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman »» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» ONEMAIN | Unsecured Creditors | $17,328.15 | $0.00 | $17,328.15 |
| 2 | INTERNAL REVENUE SERVICE »» 2019-2020 | Priority Creditors | $6,073.84 | $5,534.00 | $539.84 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $23.00 | $0.00 | $23.00 |
| 4 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $2,389.48 | $0.00 | $2,389.48 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,483.96 | $0.00 | $5,483.96 |
| 6 | FIRST NATIONAL BANK OF OMAHA | Unsecured Creditors | $801.11 | $0.00 | $801.11 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.52 | $0.00 | $1,017.52 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,397.05 | $0.00 | $5,397.05 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $480.15 | $0.00 | $480.15 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $852.28 | $0.00 | $852.28 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,534.65 | $0.00 | $1,534.65 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,179.03 | $0.00 | $4,179.03 |
| 13 | ALLY BANK LEASE TRUST »» 2020 JEEP GRAND/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK »» P/12 ROBERTS DR/1ST MTG/JPMORGAN/ORDER 11/23/21 | Mortgage Arrears | $2,328.85 | $2,328.85 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $112.42 | $0.00 | $112.42 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC »» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $574.74 | $0.00 | $574.74 |

**Chapter 13 Case No. 21-16227 / CMG**

| 17 | QUANTUM3 GROUP LLC AS AGENT FOR »» OVERSTOCK.COM | Unsecured Creditors | $4,254.78 | $0.00 | $4,254.78 |
|---|---|---|---|---|---|
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» BOSCOVS | Unsecured Creditors | $1,543.64 | $0.00 | $1,543.64 |
| 19 | QUANTUM3 GROUP LLC AS AGENT »» VICTORIAS SECRET | Unsecured Creditors | $1,146.31 | $0.00 | $1,146.31 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» OVERSTOCK.COM | Unsecured Creditors | $3,381.55 | $0.00 | $3,381.55 |
| 21 | QUANTUM3 GROUP LLC AS AGENT »» PIER 1 IMPORTS | Unsecured Creditors | $941.68 | $0.00 | $941.68 |
| 22 | QUANTUM3 GROUP LLC AS AGENT »» ANN TAYLOR | Unsecured Creditors | $853.23 | $0.00 | $853.23 |
| 23 | QUANTUM3 GROUP LLC AS AGENT »» NEW YORK & CO | Unsecured Creditors | $1,054.28 | $0.00 | $1,054.28 |
| 24 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $1,000.99 | $0.00 | $1,000.99 |
| 25 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $508.73 | $0.00 | $508.73 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC »» WEBBANK | Unsecured Creditors | $483.15 | $0.00 | $483.15 |
| 27 | NORDSTROM FSB »» TD BANK | Unsecured Creditors | $3,068.03 | $0.00 | $3,068.03 |
| 28 | KOHL'S | Unsecured Creditors | $708.31 | $0.00 | $708.31 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/PAYPAL | Unsecured Creditors | $298.18 | $0.00 | $298.18 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/AMAZON | Unsecured Creditors | $370.00 | $0.00 | $370.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» CAPITAL ONE/DRESS BARN | Unsecured Creditors | $1,412.98 | $0.00 | $1,412.98 |
| 32 | LVNV FUNDING LLC »» WEBBANK/PROSPER | Unsecured Creditors | $12,660.54 | $0.00 | $12,660.54 |
| 33 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $719.94 | $0.00 | $719.94 |
| 34 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $868.98 | $0.00 | $868.98 |
| 35 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $731.92 | $0.00 | $731.92 |
| 36 | TD BANK USA NA | Unsecured Creditors | $1,221.03 | $0.00 | $1,221.03 |
| 37 | TD BANK USA NA | Unsecured Creditors | $1,275.52 | $0.00 | $1,275.52 |
| 0 | Jeffrey E. Jenkins, Esq. »» SUB OF ATTY 11/7/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16227 / CMG**

| SUMMARY | |
|---|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,950.00 | Plan Balance: | $16,000.00 ** |
| Paid to Claims: | $11,927.85 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $1,105.15 | Arrearages: | $500.00 |
| Funds on Hand: | $917.00 | Total Plan Base: | $29,950.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**