| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-16227 / CMG**

Michael A. Curcio

Debra A. Curcio

Petition Filed Date: 08/03/2021

341 Hearing Date: 09/02/2021

Confirmation Date: 04/06/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $500.00 | | 02/01/2024 | $500.00 | | 03/04/2024 | $600.00 | |
| 04/01/2024 | $600.00 | | 05/06/2024 | $600.00 | | 06/04/2024 | $600.00 | |
| 07/03/2024 | $600.00 | | 08/05/2024 | $600.00 | | 09/03/2024 | $600.00 | |
| 09/30/2024 | $600.00 | | 10/28/2024 | $600.00 | | 12/09/2024 | $600.00 | |

**Total Receipts for the Period:  $7,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael A. Curcio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman<br>»» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $17,328.15 | $1,309.56 | $16,018.59 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Priority Creditors | $6,073.84 | $6,073.84 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $23.00 | $0.00 | $23.00 |
| 4 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $2,389.48 | $180.57 | $2,208.91 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,483.96 | $414.44 | $5,069.52 |
| 6 | FIRST NATIONAL BANK OF OMAHA | Unsecured Creditors | $801.11 | $54.95 | $746.16 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.52 | $69.80 | $947.72 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,397.05 | $407.88 | $4,989.17 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $480.15 | $32.94 | $447.21 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $852.28 | $58.46 | $793.82 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,534.65 | $105.27 | $1,429.38 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,179.03 | $315.82 | $3,863.21 |
| 13 | ALLY BANK LEASE TRUST<br>»» 2020 JEEP GRAND/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK<br>»» P/12 ROBERTS DR/1ST<br>MTG/JPMORGAN/ORDER 11/23/21 | Mortgage Arrears | $2,328.85 | $2,328.85 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $112.42 | $0.00 | $112.42 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $574.74 | $39.43 | $535.31 |

**Chapter 13 Case No. 21-16227 / CMG**

| 17 | QUANTUM3 GROUP LLC AS AGENT FOR »» OVERSTOCK.COM | Unsecured Creditors | $4,254.78 | $321.53 | $3,933.25 |
|---|---|---|---|---|---|
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» BOSCOVS | Unsecured Creditors | $1,543.64 | $105.89 | $1,437.75 |
| 19 | QUANTUM3 GROUP LLC AS AGENT »» VICTORIAS SECRET | Unsecured Creditors | $1,146.31 | $78.63 | $1,067.68 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» OVERSTOCK.COM | Unsecured Creditors | $3,381.55 | $255.54 | $3,126.01 |
| 21 | QUANTUM3 GROUP LLC AS AGENT »» PIER 1 IMPORTS | Unsecured Creditors | $941.68 | $64.60 | $877.08 |
| 22 | QUANTUM3 GROUP LLC AS AGENT »» ANN TAYLOR | Unsecured Creditors | $853.23 | $58.53 | $794.70 |
| 23 | QUANTUM3 GROUP LLC AS AGENT »» NEW YORK & CO | Unsecured Creditors | $1,054.28 | $72.31 | $981.97 |
| 24 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $1,000.99 | $68.66 | $932.33 |
| 25 | CITIBANK, N.A. »» HOME DEPOT CC | Unsecured Creditors | $508.73 | $34.89 | $473.84 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC »» WEBBANK | Unsecured Creditors | $483.15 | $33.14 | $450.01 |
| 27 | NORDSTROM FSB »» TD BANK | Unsecured Creditors | $3,068.03 | $231.87 | $2,836.16 |
| 28 | KOHL'S | Unsecured Creditors | $708.31 | $48.59 | $659.72 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/PAYPAL | Unsecured Creditors | $298.18 | $16.11 | $282.07 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/AMAZON | Unsecured Creditors | $370.00 | $17.29 | $352.71 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» CAPITAL ONE/DRESS BARN | Unsecured Creditors | $1,412.98 | $96.93 | $1,316.05 |
| 32 | LVNV FUNDING LLC »» WEBBANK/PROSPER | Unsecured Creditors | $12,660.54 | $956.74 | $11,703.80 |
| 33 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $719.94 | $49.39 | $670.55 |
| 34 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $868.98 | $59.61 | $809.37 |
| 35 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $731.92 | $50.20 | $681.72 |
| 36 | TD BANK USA NA | Unsecured Creditors | $1,221.03 | $83.75 | $1,137.28 |
| 37 | TD BANK USA NA | Unsecured Creditors | $1,275.52 | $87.49 | $1,188.03 |
| 0 | Jeffrey E. Jenkins, Esq. »» SUB OF ATTY 11/7/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16227 / CMG**

<div style="border:1px solid black">

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,050.00 | Plan Balance: | $8,900.00 ** |
| Paid to Claims: | $18,248.50 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $1,538.45 | Arrearages: | ($600.00) |
| Funds on Hand: | $1,263.05 | Total Plan Base: | $29,950.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**

</div>