Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 21-16227 / CMG**

Michael A. Curcio
Debra A. Curcio

Petition Filed Date: 08/03/2021
341 Hearing Date: 09/02/2021
Confirmation Date: 04/06/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | $600.00 | | 01/28/2025 | $600.00 | | 02/25/2025 | $500.00 | I1MKGVZW08- |
| 03/25/2025 | $500.00 | I1VCGYHGKC | 04/28/2025 | $500.00 | I130GH0KVY-F | 05/28/2025 | $500.00 | I1X7LP6D6B-P |
| 07/02/2025 | $500.00 | | 07/30/2025 | $500.00 | | 08/25/2025 | $500.00 | I1PFF8RRV3-F |
| 09/23/2025 | $500.00 | I1NLF0PJD8-P | 10/21/2025 | $500.00 | I12RSM6GHS- | 12/02/2025 | $500.00 | |
| 12/22/2025 | $500.00 | | 01/27/2026 | $500.00 | | | | |

**Total Receipts for the Period:  $7,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $27,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael A. Curcio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eric Clayman<br>»» ATTY DISCLOSURE | Attorney Fees | $4,065.00 | $4,065.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $17,328.15 | $2,784.28 | $14,543.87 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2019-2020 | Priority Crediors | $6,073.84 | $6,073.84 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $23.00 | $0.00 | $23.00 |
| 4 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $2,389.48 | $369.88 | $2,019.60 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $5,483.96 | $881.16 | $4,602.80 |
| 6 | FIRST NATIONAL BANK OF OMAHA | Unsecured Creditors | $801.11 | $128.72 | $672.39 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $1,017.52 | $163.49 | $854.03 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,397.05 | $867.20 | $4,529.85 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $480.15 | $65.88 | $414.27 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $852.28 | $131.93 | $720.35 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,534.65 | $246.58 | $1,288.07 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,179.03 | $671.49 | $3,507.54 |
| 13 | ALLY BANK LEASE TRUST<br>»» 2020 JEEP GRAND/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK<br>»» P/12 ROBERTS DR/1ST<br>MTG/JPMORGAN/ORDER 11/23/21 | Mortgage Arrears | $2,328.85 | $2,328.85 | $0.00 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $112.42 | $15.42 | $97.00 |

**Chapter 13 Case No. 21-16227 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT | Unsecured Creditors | $574.74 | $88.97 | $485.77 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OVERSTOCK.COM | Unsecured Creditors | $4,254.78 | $683.66 | $3,571.12 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BOSCOVS | Unsecured Creditors | $1,543.64 | $248.04 | $1,295.60 |
| 19 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIAS SECRET | Unsecured Creditors | $1,146.31 | $184.19 | $962.12 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OVERSTOCK.COM | Unsecured Creditors | $3,381.55 | $543.35 | $2,838.20 |
| 21 | QUANTUM3 GROUP LLC AS AGENT<br>»» PIER 1 IMPORTS | Unsecured Creditors | $941.68 | $151.31 | $790.37 |
| 22 | QUANTUM3 GROUP LLC AS AGENT<br>»» ANN TAYLOR | Unsecured Creditors | $853.23 | $132.08 | $721.15 |
| 23 | QUANTUM3 GROUP LLC AS AGENT<br>»» NEW YORK & CO | Unsecured Creditors | $1,054.28 | $169.40 | $884.88 |
| 24 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $1,000.99 | $160.84 | $840.15 |
| 25 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $508.73 | $69.80 | $438.93 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WEBBANK | Unsecured Creditors | $483.15 | $66.29 | $416.86 |
| 27 | NORDSTROM FSB<br>»» TD BANK | Unsecured Creditors | $3,068.03 | $492.97 | $2,575.06 |
| 28 | KOHL'S | Unsecured Creditors | $708.31 | $101.31 | $607.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $298.18 | $47.91 | $250.27 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $370.00 | $48.62 | $321.38 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE/DRESS BARN | Unsecured Creditors | $1,412.98 | $227.04 | $1,185.94 |
| 32 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER | Unsecured Creditors | $12,660.54 | $2,034.30 | $10,626.24 |
| 33 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $719.94 | $115.68 | $604.26 |
| 34 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $868.98 | $139.63 | $729.35 |
| 35 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $731.92 | $117.60 | $614.32 |
| 36 | TD BANK USA NA | Unsecured Creditors | $1,221.03 | $189.01 | $1,032.02 |
| 37 | TD BANK USA NA | Unsecured Creditors | $1,275.52 | $197.44 | $1,078.08 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» SUB OF ATTY 11/7/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16227 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,650.00 | Plan Balance: | $2,300.00 ** |
| Paid to Claims: | $25,003.16 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $2,077.45 | Arrearages: | ($700.00) |
| Funds on Hand: | $569.39 | Total Plan Base: | $29,950.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**