Certificate Number: 06531-NJ-DE-040519047

Bankruptcy Case Number: 21-16227



06531-NJ-DE-040519047

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2026, at 1:11 o'clock PM CST, Michael A Curcio completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 17, 2026          By:     /s/Jacqueline Gonzalez Guillen

Name:   Jacqueline Gonzalez Guillen

Title:   Credit Counselor