| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Michael A. and Debra A. Curcio<br><br>Debtor(s) | Case No.: | 21-16227 |
| | Chapter: | 13 |
| | Judge: | CMG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Michael A. Curcio _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/30/26

_____
Debtor's Signature

### IMPORTANT:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*