UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Michael A. and Debra A. Curcio

Debtor(s)

Case No.:    21-16227

Chapter:     13

Judge:       CMG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Debra A. Curcio                                    , debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/30/26

Debtor's Signature

**IMPORTANT:**

-   **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
-   **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev. 8/1/18