Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−16227−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Curcio
12 Roberts Drive
Neptune, NJ 07753

Debra A. Curcio
aka Debbie Curcio
12 Roberts Drive
Neptune, NJ 07753

Social Security No.:
  xxx−xx−1413

xxx−xx−5612

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

   TO: <u>Michael A. Curcio and Debra A. Curcio</u>
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: June 17, 2026
JAN: llb

<u>Jeanne Naughton, Clerk</u>