**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael A. Curcio<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1413 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debra A. Curcio<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5612 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–16227–CMG | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Curcio

Debra A. Curcio
aka Debbie Curcio

9/2/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-16227-CMG
Michael A. Curcio Chapter 13
Debra A. Curcio
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Sep 02, 2026 Form ID: 3180W Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Curcio, Debra A. Curcio, 12 Roberts Drive, Neptune, NJ 07753-3224 |
| 519324613 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519280395 | + | EDI: AISACG.COM | Sep 03 2026 01:17:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519317366 | + | EDI: AISACG.COM | Sep 03 2026 01:17:00 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519277798 | | EDI: GMACFS.COM | Sep 03 2026 01:16:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 519277799 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:48:14 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519299065 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:49:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519277800 | | Email/Text: bk@avant.com | Sep 02 2026 21:42:00 | Avant, LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519312363 | + | EDI: BANKAMER2 | Sep 03 2026 01:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519277801 | + | EDI: BANKAMER | Sep 03 2026 01:16:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 519306776 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519277802 | + | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519277803 | + | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Capital One Bank USA, NA, WalMart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519306777 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 519323083 | | EDI: CITICORP | Sep 03 2026 01:16:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519277804 | | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, Ann Taylor, PO Box 182273, Columbus, OH 43218-2273 |
| 519277805 | + | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519277807 | + | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 519277808 | | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, Pier1, PO Box 659617, San Antonio, TX 78265-9617 |
| 519277809 | + | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, Victoria's Secret, PO Box 182769, Columbus, OH 43218-2769 |
| 519277806 | | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity, New York & Co., PO Box 659728, San Antonio, TX 78265 |
| 519284266 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:21 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519277810 | + | Email/PDF: DellBKNotifications@resurgent.com | Sep 02 2026 21:48:18 | DFS, Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519277811 | | EDI: CITICORP | Sep 03 2026 01:16:00 | DSNB, Macy's, PO Box 8218, Monroe, OH 45050 |
| 519277813 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 02 2026 21:41:00 | FNB Omaha, PO Box 3412, Omaha, NE 68103 |
| 519293145 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 02 2026 21:41:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519277812 | + | EDI: AMINFOFP.COM | Sep 03 2026 01:17:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519277814 | + | EDI: IRS.COM | Sep 03 2026 01:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519322576 | | EDI: JEFFERSONCAP.COM | Sep 03 2026 01:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519324613 | ^ | MEBN | Sep 02 2026 21:41:43 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519277815 | | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Kohls, Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519463852 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:59 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519463853 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:21 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519318010 | + | EDI: AISMIDFIRST | Sep 03 2026 01:16:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519277816 | | EDI: AISMIDFIRST | Sep 03 2026 01:16:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519277817 | | EDI: TDBANKNORTH.COM | Sep 03 2026 01:17:00 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 519324091 | + | EDI: JEFFERSONCAP.COM | Sep 03 2026 01:17:00 | Nordstrom, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 519277818 | + | EDI: AGFINANCE.COM | Sep 03 2026 01:16:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |

| | | | | |
|---|---|---|---|---|
| 519282260 | + | EDI: AGFINANCE.COM | Sep 03 2026 01:16:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 519846662 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519846663 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519326303 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519326304 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 519326137 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519327124 | + | EDI: JEFFERSONCAP.COM | Sep 03 2026 01:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519327125 | + | EDI: JEFFERSONCAP.COM | Sep 03 2026 01:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519277819 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 02 2026 21:48:59 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519326508 | + | Email/Text: bncmail@w-legal.com | Sep 02 2026 21:42:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519322692 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519322691 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519277821 | + | EDI: SYNC | Sep 03 2026 01:16:00 | Synchrony Bank, Lowes, PO Box 965036, Orlando, FL 32896-5036 |
| 519277822 | + | EDI: SYNC | Sep 03 2026 01:16:00 | Synchrony Bank, Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 519277820 | + | EDI: SYNC | Sep 03 2026 01:16:00 | Synchrony Bank, Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 519279489 | + | EDI: PRA.COM | Sep 03 2026 01:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519277823 | + | EDI: SYNC | Sep 03 2026 01:16:00 | Synchrony Bank, Pay Pal Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519327950 | + | Email/Text: bncmail@w-legal.com | Sep 02 2026 21:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519277824 | + | EDI: WTRRNBANK.COM | Sep 03 2026 01:17:00 | TD Bank, USA, Target Credit, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519277825 | + | EDI: CITICORP | Sep 03 2026 01:16:00 | The Home Depot, Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519321773 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519277826 | | EDI: WFFC | Sep 03 2026 01:17:00 | Wells Fargo, PO Box 14525, Des Moines, IA 50306-3525 |
| 519289242 | | EDI: WFCCSBK | Sep 03 2026 01:16:00 | Wells Fargo Bank, N.A., Wells Fargo Card |

Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Michael A. Curcio mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Debra A. Curcio mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5